**Quamain Tyjuan WILLIAMS, Appellant,**

v.

**STATE of Florida, Appellee.**

**CASE NO. 1D15–3332**

District Court of Appeal of Florida, First District.

Opinion filed January 17, 2017.

Nancy A. Daniels, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

In this direct appeal from appellant's conviction and sentence as a principal to aggravated assault with a deadly weapon and shooting into a building, we affirm the denial of appellant's motion for judgment of acquittal without discussion. However, we reverse the trial court's imposition of a public defender lien for failure to comply with section 938.29, Florida Statutes (2013), and remand with directions that the trial court hold an evidentiary hearing if it decides to reimpose a lien in excess of the minimum statutory amount. See Mosley v. State, 194 So.3d 473, 474 (Fla. 1st DCA 2016); Odom v. State, 187 So.3d 324, 325–26 (Fla. 1st DCA 2016); Harmon v. State, 160 So.3d 939, 940 (Fla. 5th DCA 2015); Houle v. State, 33 So.3d 822, 823 (Fla. 4th DCA 2010).

AFFIRMED in part; REVERSED in part; and REMANDED with directions.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.